# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANN FERNANDEZ,<br><br>   Petitioner,<br><br>   v.<br><br>CA DEPT OF CORRECTIONS, et al.,<br><br>   Respondents. | NO. ED CV 12-0284 SJO (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 3, 2012.

                  *S. James Otero*
                  S. JAMES OTERO
                 UNITED STATES DISTRICT JUDGE